**In the Matter of WEDGEWOOD HOTEL CO., Debtor.**

**WILLIAMS v. WEDGEWOOD.**

No. 5818.

Circuit Court of Appeals, Seventh Circuit.

April 25, 1936.

Albert Martin, of Chicago, Ill., for appellant.

Salenger & Alexander, of Chicago, Ill., for Wedgewood Hotel Co.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.
On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs.